DATE 1/31/14

BEFORE JUDGE Weinstein    AT 10:00 A.M/~~P.M.~~

C/R ~~or ECR~~ Sherry Bryant    MAG. _____

<u>CIVIL CAUSE FOR MOTION HEARING</u>

Docket Number CV10-5748

Title: Carolyn Lovejoy et al vs. NYC DOE et ano

(Pltff.) (Deft.) _____ motion for summary judgment

Appearances: For Pltff. K. C. Okoli

For Deft. Leah Schmelzer

✓ Case called.
✓ Counsel for all sides present.
___ Counsel for _____ not present.
✓ Motion argued. ___ Motion Granted ✓ Motion Denied.
___ Decision reserved.
✓ Order to be submitted by Court
✓ Case adjourned to 2/19/14 @ 10 am for hearing on in limine motions
✓ Other Trial is scheduled for 2/24/14
✓ For the reasons stated orally on the record, plaintiffs Butler and Villavicencio are dismissed. See order for further rulings.