UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN LOVEJOY, ELIZABETH BUTLER, CHRISTINA VILLAVICENCIO,<br><br>Plaintiffs,<br><br>– against –<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, ELIF GURE-PEREZ,<br><br>Defendants. | **ORDER**<br><br>10-CV-5748 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 0 4 2014 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

For the reasons stated orally on the record, plaintiffs Elizabeth Butler and Christina Villavicencio are dismissed. The Clerk of Court is instructed to remove their names from the caption.

If individual cases are filed by these plaintiffs within ten days, the Clerk of Court shall assign them to the undersigned, since substantial work has been done by him on the cases resulting in various rulings and orders.

All entries in 10-CV-5748 shall be deemed made in the new cases. All rulings and evidence in 10-CV-5748 shall be deemed made in the new cases.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: January 31, 2014
Brooklyn, New York

1