UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CAROLYN LOVEJOY,

          Plaintiffs,

  – against –

NEW YORK CITY DEPARTMENT OF
EDUCATION, ELIF GURE-PEREZ,

          Defendants.

**ORDER**

10-CV-5748

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **FEB 2 1 2014** ★

**BROOKLYN OFFICE**

**JACK B. WEINSTEIN, Senior United States District Judge:**

For the reasons stated orally on the record at the hearings held on January 21, 2014 and February 18, 2014, the trial will be limited to claims against Defendant Elif Gure-Perez for: (1) discrimination, hostile work environment, and constructive discharge on the basis of race under 42 U.S.C. § 1981; and (2) discrimination, hostile work environment, and constructive discharge on the basis of age under 42 U.S.C. § 1983. *See* Pl.'s Statement of Statutes and Theories Relied Upon, ECF No. 61.

All claims are against DOE are dismissed. The Clerk of Court is respectfully instructed to remove DOE from the caption.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: February 21, 2014
      Brooklyn, New York