DATE 3/5/14

BEFORE JUDGE __WEINSTEIN__    AT __9:30 am__

C/R __L. Schwam__    C/D __JUNE P LOWE__

## CIVIL CAUSE ON TRIAL

Docket # __CV10-5748__

Title __CAROLYN LOVEJOY__ vs __ELIF GURE-PEREZ__

Appearances: For Pltff. __K.C. OKOLI__

For Deft. __ZEV SINGER; LEAH SCHMELZER__

Other _____

__XXXX__ Case called.

__XXXX__ All parties present.

__XXXX__ Trial resumed.

__✓__ Trial continued to __3/6/14__ at __9:30__

✓ Pltff rests
✓ Deft rests.