AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 18 2014 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CAROLYN LOVEJOY<br>*Plaintiff*<br>v.<br>ELIF GURE-PEREZ<br>*Defendant* | Civil Action No. CV10-5748 (JBW) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* CAROLYN LOVEJOY recover from the defendant *(name)* ELIF GURE-PEREZ the amount of ONE HUNDRED AND TEN THOUSAND DOLLARS dollars ($ 110,000.00 ), ~~which includes prejudgment interest at the rate of _____ %, plus post-judgment interest at the rate of _____ % per annum, along with costs.~~

☐ ~~the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____~~

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge JACK B. WEINSTEIN presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 3/6/14

CLERK OF COURT

*June P. Lowe*
Signature of ~~Clerk or~~ Deputy Clerk