DATE _3/6/14_

BEFORE JUDGE _WEINSTEIN_          AT _9:00 a.m._

C/R _Mary Agnes Drury_            C/D _JUNE P LOWE_

CIVIL CAUSE

ON TRIAL

Docket # _CV10-5748_

Title _CAROLYN LOVEJOY_ vs _ELIF GURE-PEREZ_

Appearances:   For Pltff. _K.C. OKOLI_

　　　　　　　　For Deft. _ZEV SINGER; LEAH SCHMELZER_

　　　　　　　　Other _____

_XXXX_   Case called.

_XXXX_   All parties present.

_XXXX_   Trial resumed.

_____   Trial continued to _____ at _____

✓   Trial ends

✓   Jury finds damages in favor of the plaintiff in the amount of $110,000.

✓   Deft's makes oral motion to set aside the verdict and for a new trial